| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/28/2020 |

-----------------------------------------------------------x

**UNITED STATES OF AMERICA**    :

        -against-    :    13-CR-811 (ALC)

:    **ORDER**

**JOEL PRADO,**    :

        Defendants.    :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Hearing set for **April 30, 2020** at 11**:00 a.m.**  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 27, 2020**
       **New York, New York**

                                                          _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**